COOPER, WHITE & COOPER LLP
MARK L. TUFT (CA Bar No. 43146)
ANDREW I. DILWORTH (CA Bar No. 178792)
201 California Street, 17th Floor
San Francisco, California 94111
Telephone:   (415) 433-1900
Facsimile:   (415) 433-5530
Email: mtuft@cwclaw.com
Email: adilworth@cwclaw.com

Attorneys Specially Appearing for
KAYE SCHOLER LLP

Steven S. Rosenthal (State Bar No. 109739)
Marc S. Cohen (State Bar No. 65486)
Susanna Y. Chu (*pro hac vice*)
Michael K. Robertson (*pro hac vice*)
KAYE SCHOLER LLP
1999 Avenue of the Stars, Suite 1600
Los Angeles, California 90067-6048
Telephone:  (310) 788-1000
Facsimile:  (310) 788-1200
Email:  Steven.Rosenthal@kayescholer.com

Attorneys for Defendant,
JOHN CHIANG, in his official
capacity as CONTROLLER OF THE
STATE OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION**

| | |
|---|---|
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CHIANG, in his official capacity as CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>Defendant. | CASE NO. 2:13-cv-02317-JAM-CKD<br><br>**ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>Date:      July 9, 2014<br>Time:     9:30 a.m.<br>Crtrm.:   Floor 14, Room 220<br><br>The Hon. John A. Mendez<br><br>Trial Date:  None Set |

COOPER, WHITE & COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1001727.1

[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS

IT IS HEREBY ADJUDGED, DECREED AND ORDERED that:

Defendant's Request to Seal Documents is GRANTED and the following documents, which were lodged conditionally under seal on or about June 25, 2014, shall be filed under seal:

1. Defendant's Memorandum of Points and Authorities in Opposition to Plaintiff's Motion to Disqualify Kaye Scholer;

2. The Declaration of Alan Rothman (and Exhibits thereto); and

3. The Declaration of Lynn Fisher (and Exhibits thereto).

This order is narrowly tailored to keep the public record as complete as possible.

GOOD CAUSE APPEARING, IT IS SO ORDERED.

DATED: June 26, 2014

/s/ John A. Mendez
United States District Court Judge

COOPER, WHITE
& COOPER LLP
ATTORNEYS AT LAW
201 CALIFORNIA STREET
SAN FRANCISCO, CA 94111-5002

1001727.1

2

PROPOSED ORDER GRANTING REQUEST TO SEAL DOCUMENTS