UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>JOHN CHIANG, in his official capacity as CONTROLLER OF THE STATE OF CALIFORNIA,<br><br>Defendant. | No.  2:13-cv-02317 JAM CKD<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO DISQUALIFY AND GRANTING DEFENDANT'S MOTION TO DISMISS** |

On July 23, 2014, the Court heard Plaintiff Fidelity & Guaranty Life Insurance Company's ("Plaintiff") Motion to Disqualify (Doc. #32) Defendant John Chiang, the Controller of the State of California's ("Defendant") counsel, and Defendant's Motion to Dismiss (Doc. #36) Plaintiff's First Amended Complaint (Doc. #31).  For the reasons stated on the record, Plaintiff's Motion to Disqualify Defendant's Counsel is DENIED and Defendant's Motion to Dismiss is GRANTED, on ripeness grounds.

IT IS SO ORDERED.

Dated: August 1, 2014

_____
U.S. District Court Judge

1