UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY, | ) ) | Case No. 2:13-CV-02317 JAM-CKD |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| JOHN CHIANG, in his official capacity as CONTROLLER OF THE STATE OF CALIFORNIA, | ) ) ) ) | |
| Defendant. | ) ) | <u>RELATED CASE ORDER</u> |
| FIDELITY & GUARANTY LIFE INSURANCE COMPANY, | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:14-CV-01837 MCE-KJN |
| v. | ) ) | |
| JOHN CHIANG, in his official capacity as CONTROLLER OF THE STATE OF CALIFORNIA, | ) ) ) ) | |
| Defendant. | ) ) | |

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123 (E.D. Cal. 2005). Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort

1

and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the action denominated 2:14-CV-01837 MCE-KJN be reassigned to Judge John A. Mendez and Magistrate Carolyn K. Delaney for all further proceedings, and any dates currently set in this reassigned case *only* are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as 2:14-CV-01837 JAM-CKD.

IT IS FURTHER ORDERED that the Clerk of the Court make appropriate adjustment in the assignment of civil cases to compensate for this reassignment.

IT IS SO ORDERED.

Dated:   August 20, 2014          /s/ John A. Mendez_____
                                  JOHN A. MENDEZ
                                  United States District Court Judge